JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS; and STEADFAST INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UGS PRIVATE SECURITY, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 22-1163-GW-Ex<br><br>**JUDGMENT**<br><br>Judge: Hon. George H. Wu<br>Ctrm.: 9D – 9th Floor<br><br>Complaint: February 21, 2022 |

The Court, having considered all of the pleadings submitted and oral argument by Plaintiffs Zurich American Insurance Company, Zurich American Insurance Company of Illinois and Steadfast Insurance Company (collectively "Zurich") and Defendant UGS Private Security, Inc. as to Zurich's Motion for Summary Judgment of its First Amended Complaint, grants the motion based on the reasoning set forth in its January 20, 2023 and March 1, 2023 tentative rulings on the motion, and by adopting the ruling set forth in its March 1, 2023 tentative, now final, ruling. The Court enters judgment as follows:

Judgment in favor of Plaintiffs Zurich American Insurance Company, Zurich Insurance Company of Illinois and Steadfast Insurance Company against

Defendant UGS Private Security on Zurich's First Amended Complaint for $82,775.00 in damages (consisting of $37,297.00 for the ZAIC WC Agreement, $42,360.00 for the ZAICI Agreement, and $3,118.00 for the CGL Agreement).

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:  March 6, 2023

By: _____
HON. GEORGE H. WU
DISTRICT COURT JUDGE

2