UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS; and STEADFAST INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UGS PRIVATE SECURITY, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 22-1163-GW-Ex<br><br>**AMENDED JUDGMENT** |

Having considered the pleadings related to Plaintiffs Zurich American Insurance Company, Zurich American Insurance Company of Illinois, and Steadfast Insurance Company's motion to amend the judgment to add prejudgment interest and costs, and finding just cause therefor, the Court grants the motion and enters an amended judgment as follows:

Judgment is entered in favor of Plaintiffs Zurich American Insurance Company, Zurich American Insurance Company of Illinois and Steadfast Insurance Company (collectively "Zurich") on their First Amended Complaint

1

against Defendant UGS Private Security, Inc. ("UGS") for a total of $93,007.59, consisting of $82,775,00 in damages, $8,714.09 in prejudgment interest, and $1,518.50 in costs.

The Court further orders that this amended judgment may be executed upon by Zurich against UGS immediately upon entry.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: May 1, 2023

By: *George H. Wu*
Hon. George H. Wu
District Court Judge

2